IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA             CRIMINAL NO. 2018-mj- 39

Ngoc Yen NGUYEN and
Fendi BROOKS,

Defendants.

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Christopher A. Ramnes, being duly sworn under oath, do hereby depose and state:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), and I have been employed in this capacity since January 2017. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Training Academy. Before becoming a Special Agent, I was employed as a Federal Agent with the Department of Energy. I protected and enforced federal laws pertaining to the protection of national security since 2001. Before my employment with the Department of Energy, I was employed as a Border Patrol Agent (USBP). I have conducted initial arrests and investigations of criminal and administrative alien smuggling cases since 1998. I was also employed by the Frankfort, Kentucky, City Police Department where I enforced State laws which included narcotics possession and trafficking among others. I also served 4 years in the United States Army from 1985-1989 as Military Police Officer. I received a Bachelor of Arts Degree in Multidisciplinary Studies from Liberty University in 2016.

2. My duties with HSI, include but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21 and 31 of the United States Code (U.S.C.).

US v. Nguyen and Brooks
Affidavit in Support Criminal Complaint
Page | 2

3.      I am an "investigative or law enforcement officer of the United States" within the meaning defined in 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses.

4.      The statements contained in this affidavit are based upon my personal knowledge, as well as information provided to me by other law enforcement officials. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during this investigation.

5.      This affidavit contains information necessary to support probable cause for this complaint. This affidavit is not intended to include each, and every fact and matter observed by me or known to the United States Government.

6.      This affidavit is made solely for the limited purpose of setting forth probable cause to believe that Ngoc Yen NGUYEN and Fendi BROOKS did possess, with the intent to distribute, a controlled substance in violation of Title 21 United States Code, Section 841 and Title 18 United States Code, Section 2(a), aiding and abetting.

7.      On September 24, 2018, NGUYEN and BROOKS were ticketed passengers on Delta Flight 307 destined to Atlanta, Georgia from St. Thomas, USVI and traveling together.

8.      NGUYEN and BROOKS presented themselves to Customs and Border Protection (CBP) Officer Vanderpool to pay the taxable duties on (18) eighteen bottles of alcohol that they both admitted to purchasing while here on St. Thomas. CBP Officer Vanderpool upon hearing the declaration decided to send the luggage carried by both BROOKS and NGUYEN through x-ray machine for further evidence of merchandise.

US v. Nguyen and Brooks
Affidavit in Support Criminal Complaint
Page | 3

9. Upon screening a black suitcase with an airport luggage tag bearing Ms. BROOKS name, CBP Officer Vanderpool observed several unknown masses inside the suitcase. CBP Officer Vanderpool sought the opinion of CBP Officer Bryan McCoy who concurred the suspicion of the unknown masses as having characteristics of a packaged controlled substance.

10. The suitcase and both NGUYEN and BROOKS were escorted to Hard Secondary Inspection for further examination and questioning. In Hard Secondary, both NGUYEN and BROOKS claimed ownership of the black suitcase when asked to whom the suitcase belonged, stating that they both had personal clothes packed inside the suitcase.

11. Upon opening the black suitcase, CBP Officer Vanderpool discovered thirteen (13) plastic wrapped bricks containing a white powdery substance that weighed approximately 13.16 kilograms. CBP Officers field-tested the plastic wrapped bricks that yielded a presumptive positive for cocaine. Upon seeing the discovery of the plastic wrapped bricks, NGUYEN indicated that the men's clothes were not theirs and someone must have switched the suitcase with one that looks like theirs.

12. Further investigation into the encounter showed that NGUYEN and BROOKS were travelling together and arrived in St. Thomas on September 21, 2018. NGUYEN and BROOKS had come to St Thomas on a one-way trip ticket purchased Thursday, September 20, 2018, and both tickets were BROOKS. BROOKS admitted to making all the travel arrangements for both herself and NGUYEN.

US v. Nguyen and Brooks
Affidavit in Support Criminal Complaint
Page | 4

13. Based on the above information, I have probable cause to believe that Ngoc Yen NGUYEN and Fendi BROOKS did possess, with the intent to distribute, a controlled substance in violation of Title 21 United States Code, Section 841 and Title 18 United States Code, Section 2(a), aiding and abetting.

Christopher A. Ramnes, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 25th day of September, 2018.

Honorable Ruth Miller
United States Magistrate Judge